**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6989**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KIWANII EDWARD MOSLEY, a/k/a Ghost,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (2:11-cr-00058-RAJ-FBS-3)

Submitted: October 29, 2021                    Decided: November 12, 2021

Before DIAZ and QUATTLEBAUM, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Edward A. Fiorella, Jr., FRAIM & FIORELLA, Norfolk, Virginia, for Appellant. Raj Parekh, Acting United States Attorney, Richard D. Cooke, William D. Muhr, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kiwanii Edward Mosley appeals from the district court's order denying his motion for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. After reviewing the record, we conclude that the district court did not abuse its discretion in denying Mosley's motion. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021), *cert. denied*, No. 21-5624, 2021 WL 4733616 (U.S. Oct. 12, 2021) (stating standard of review). Accordingly, we affirm for the reasons stated by the district court. *United States v. Mosley*, No. 2:11-cr-00058-RAJ-FBS-3 (E.D. Va. June 10, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*